**BRIAN C. LOWNEY**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front St., Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
Email: brian.lowney@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

OCT 22 2025

Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 25- 46 -M- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | THEFT FROM A FEDERAL FIREARMS LICENSEE (Count 1) |
| KESEAN EUGENE BURKE, | Title 18 U.S.C. § 922(u) |
| Defendant. | (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |
| | POSSESSION OF A STOLEN FIREARM (Count 2) |
| | Title 18 U.S.C. § 922(j) |
| | (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |
| | CRIMINAL FORFEITURE |
| | Title 18 U.S.C. § 924(d) |

1

THE GRAND JURY CHARGES:

## COUNT 1

That on or about April 16, 2025, at Polson, within Lake County, in the State and District of Montana, on the Flathead Indian Reservation, the defendant, KESEAN EUGENE BURKE, did unlawfully take and carry away from premises of The DePoe Junction, an entity licensed to engage in the business of importing, manufacturing, and dealing in firearms, a firearm that had been transported in interstate commerce, in violation of 18 U.S.C. § 922(u).

## COUNT 2

That on or about April 16, 2025, at Polson, within Lake County, in the State and District of Montana, on the Flathead Indian Reservation, and elsewhere, the defendant, KESEAN EUGENE BURKE, knowingly possessed in and affecting interstate commerce, a firearm, that he knew and had reasonable cause to believe had been stolen, in violation of 18 U.S.C. § 922(j).

//

//

//

//

//

//

FORFEITURE ALLEGATION

Upon conviction of either offense set forth in counts 1 and 2 of this indictment, the defendant, KESEAN EUGENE BURKE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.
FOREPERSON

For KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney